# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| Susan G. Fischer, Jeanette Speck, on behalf of themselves and similarly situated, | Electronically Filed |
| Plaintiffs, | Civil Action |
| v. | No. 1:18-cv-15628 (RMB/KMW) |
| Phil Murphy, in his official capacity as Governor of New Jersey; New Jersey Education Association; Township of Ocean Education Association; | CONSENT ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO THE COMPLAINT |
| Defendants. | |

This matter having been opened by Defendants Governor Phil Murphy, New Jersey Education Association, and Township of Ocean Education Association (collectively "Defendants"), through their undersigned counsel, and with the consent of counsel for Plaintiffs;

IT IS on this 28th day of November, 2018;

**ORDERED** that the time for Defendants to answer, move, or otherwise reply to the Complaint filed on November 2, 2018, is hereby extended to January 15, 2019.

_____
Hon. Karen M. Williams, U.S.M.J.

We hereby consent to the form and entry of the within Order:

_Michael P Laffey_                                   Dated:
Michael P. Laffey
*Attorney for Plaintiffs*


_[signature]_                                        Dated: 11/19/2018
Flavio L. Komuves, Esq.
*Attorney for Defendants*
*New Jersey Education Association*
*Township of Ocean Education Association*


/s/ Lauren A. Jensen                                 Dated: 11/19/18
Lauren A. Jensen, Deputy Attorney General
*Attorney for Defendant*
*Governor Phil Murphy*