[Dkt. Nos. 38, 39, 40, 41]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| SUSAN FISCHER AND JEANETTE SPECK, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHIL MURPHY, in his official capacity as Governor of New Jersey; NEW JERSEY EDUCATION ASSOCIATION; TOWNSHIP OF OCEAN EDUCATION ASSOCIATION,<br><br>Defendants. | Civil No. 18-15628 (RMB/KMW)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Plaintiffs Susan Fischer and Jeanette Speck's Motions for Partial Summary Judgment [Dkt. No. 38] and for Class Certification [Dkt. No. 39], as well as Cross-Motions for Summary Judgment, filed by Defendants New Jersey Education Association and Township of Ocean Education Association (the "Union Defendants")[Dkt. No. 40] and Defendant Governor Phil Murphy, in his official capacity (the "State Defendant")[Dkt. No. 41].  For the reasons set forth in the Omnibus Opinion of the same date,

**IT IS**, on this **27th** day of **November 2019**, hereby **ORDERED** that:

    (1) Plaintiffs' Motion for Partial Summary Judgment [Dkt. No. 38] is **DENIED**;

(2) the Union Defendants' Cross-Motion for Partial Summary Judgment [Dkt. No. 40] is **GRANTED**;

(3) the State Defendant's Cross-Motion for Summary Judgment [Dkt. No. 41] is **GRANTED**;

(4) Plaintiffs' Motion for Class Certification [Dkt. No. 39] is **DENIED**, as moot;

(5) this matter is **DISMISSED**; and

(6) the Clerk of the Court shall **CLOSE** this case.

s/Renée Marie Bumb  
RENÉE MARIE BUMB  
UNITED STATES DISTRICT JUDGE